# EXHIBIT B

## Mavis Bates

**From:** ishaya shamasa [ishamasa@yahoo.com]
**Sent:** Wednesday, April 22, 2009 2:52 PM
**To:** Karen J. Marcus
**Subject:** Equifax alert emails.

Ishaya here, found 1 of the Equifax emails they sent. they are all dated from the month i started and every month after, they all say this, no news is good news, i just deleted them cause they were just the same thing.

--- On **Mon, 12/1/08, Member.Benefits@equifax.com** <*Member.Benefits@equifax.com*> wrote:

> From: Member.Benefits@equifax.com <Member.Benefits@equifax.com>
> Subject: Equifax Credit Watch (TM) Silver - No News is Good News
> To: ishamasa@yahoo.com
> Date: Monday, December 1, 2008, 8:40 PM
>
> 
>
> **Dear Ishaya Shamasa**,
>
> For the last month, Equifax Credit Watch (TM) Silver has been helping protect you from identity theft by monitoring for signs of identity theft. We are pleased to inform you there were no critical events reported in the last month. In this case, no news is good news! If any key changes are reported, we will notify you via e-mail.
>
> Please call us at 1-866-4CWATCH (1-866-429-2824), 7 days a week between the hours of 8:00am - 3:00am Eastern Time Zone. You may e-mail us anytime at customer.care@equifax.com . Or you may write us at Equifax Consumer Services, Inc. PO Box 105496, Atlanta, GA 30348.
>
> Thank you for allowing us to provide you continued identity theft protection.
>
> To turn off valuable Equifax and third party offers in your alerts click here.
>
> Your Equifax Customer Care Team