# EXHIBIT E

*Laura (for your records)*



# STARBUCKS COFFEE COMPANY

## Disclosure Regarding Background Inquiries

In consideration of an applicant for employment, or a current employee for promotion, transfer, reassignment or retention, Starbucks Coffee Company may inquire into the individual's background. This background inquiry may include, but is not limited to obtaining a consumer credit report and/or an investigative consumer credit report for the purposes of validation of a social security number, a criminal conviction record or history and/or a motor vehicle report; verification of previous employers and/or educational background; and reasons for termination of past employment.



# Intent Regarding Background Inquiries

*Mission & Purpose*
Starbucks mission is to be the premier purveyor of the finest coffee in the world, while maintaining uncompromising principles. Our commitment in providing a great work environment and treating each other with respect and dignity includes establishing a safe and secure work experience for partners and contractors. In order to operate safely and control losses as a self-insured public company, Starbucks requires all partners (new hires and promotees) and key personnel, including contractors, who manage or control assets (money, inventory, proprietary information), to provide information for verification. Criminal convictions will not automatically preclude employment or assignment; however, failure to disclose information will.

The company requires awareness of and adherence to a non-negotiable code of conduct. Partners, as a condition of employment (and contractors as a condition of assignment), are required to fully cooperate with any lawful investigation conducted by the company or any authorized agency. In addition to referring crimes for prosecution, Starbucks will not tolerate illegal or inappropriate conduct that threatens our mission. Partners and contractors have a duty to report inappropriate or illegal conduct, including, but not limited to, violence, threats, prohibited substances, theft, fraud or any unsafe condition. Incidents may be confidentially* reported to your supervisor, your local Human Resources representative, Mission Review, or by calling our toll-free, 24-hour hotline at 888-796-JAVA. Starbucks offers a reward up to $1,000 for confidential information leading to the arrest and conviction of any individual(s) responsible for crimes against our partners, customers, or assets. Starbucks retains the right to resolve any dispute arising from our reward offer.
   *Confidential information may be shared on a need-to-know basis.*

*Disclosure*
In consideration of an applicant for employment, or a current employee for promotion, transfer, reassignment or retention, Starbucks Coffee Company may inquire into the individual's background. This background inquiry may include, but is not limited to obtaining a consumer credit report and/or an investigative consumer credit report for the purposes of validation of a social security number, a criminal conviction record or history and/or a motor vehicle report; verification of previous employers and/or educational background; and reasons for termination of past employment.

In order to maintain our values and mission, Starbucks has zero tolerance for non-disclosure of any criminal activity. Although serious criminal convictions, including violence, distribution of narcotics, fraud and embezzlement, will not necessarily preclude employment with Starbucks, candidates must be able to offer persuasive evidence of rehabilitation. If adverse information is uncovered during our background inquiry, and that information proves to be erroneous, Starbucks will offer assistance in clearing the invalid data from public record.

## A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) is designed to promote accuracy, fairness, and privacy of information in the files of every "consumer reporting agency" (CRA). Most CRAs are credit bureaus that gather and sell information about you -- such as if you pay your bills on time or have filed bankruptcy -- to creditors, employers, landlords, and other businesses. You can find the complete text of the FCRA, 15 U.S.C. §§1681-1681u, at the Federal Trade Commission's web site (*http://www.ftc.gov*). The FCRA gives you specific rights, as outlined below. You may have additional rights under state law. You may contact a state or local consumer protection agency or a state attorney general to learn those rights.

**You must be told if information in your file has been used against you.** Anyone who uses information from a CRA to take action against you -- such as denying an application for credit, insurance or employment -- must tell you, and give you the name, address, and phone number of the CRA that provided the consumer report.

**You can find out what is in your file.** At your request, a CRA must give you the information in your file, and a list of everyone who has requested it recently. There is no charge for the report if a person has taken action against you because of information supplied by the CRA, if you request the report within 60 days of receiving notice of the action. You also are entitled to one free report every twelve months upon request if you certify that (1) you are unemployed and plan to seek employment within 60 days, (2) you are on welfare, or (3) your report is inaccurate due to fraud. Otherwise, a CRA may charge you up to eight dollars.

**You can dispute inaccurate information with the CRA.** If you tell a CRA that your file contains inaccurate information, the CRA must investigate the items (usually within 30 days) by presenting to its information source all relevant evidence you submit, unless your dispute is frivolous. The source must review your evidence and report its findings to the CRA. (The source also must advise national CRAs -- to which it has provided the data -- of any error.) The CRA must give you a written report of the investigation, and a copy of your report if the investigation results in any change. If the CRA's investigation does not resolve the dispute, you may add a brief statement to your file. The CRA must normally include a summary of your statement in future reports. If an item is deleted or a dispute statement is filed, you may ask that anyone who has recently received your report be notified of the change.

**Inaccurate information must be corrected or deleted.** A CRA must remove or correct inaccurate or unverified information from its files, usually within 30 days after you dispute it. **However, the CRA is not required to remove accurate data from your file unless it is outdated (as described below) or cannot be verified.**

If your dispute results in any change to your report, the CRA cannot reinsert into your file a disputed item unless the information source verifies its accuracy and completeness. In addition, the CRA must give you written notice telling you it has reinserted the item. The notice must include the name, address and phone number of the information source.

**You can dispute inaccurate items with the source of the information.** If you tell anyone -- such as a creditor who reports to a CRA -- that you dispute an item, they may not then report the information to a CRA without including a notice of your dispute. In addition, once you've notified the source of the error in writing, it may not continue to report the information if it is, in fact, an error.

**Outdated information may not be reported.** In most cases, a CRA may not report negative information that is more than seven years old; ten years for bankruptcies.

**Access to your file is limited.** A CRA may provide information about you only to people with a need recognized by the FCRA -- usually to consider an application with a creditor, insurer, employer, landlord, or other business.

**Your consent is required for reports that are provided to employers, or reports that contain medical information.** A CRA may not give out information about you to your employer, or prospective employer, without your written consent. A CRA may not report medical information about you to creditors, insurers, or employers without your permission.

**You may choose to exclude your name from CRA lists for unsolicited credit and insurance offers.** Creditors and insurers may use file information as the basis of sending you unsolicited offers of credit or insurance. Such offers must include a toll-free phone number for you to call if you want your name and address removed from future lists. If you call, you must be kept off the lists for two years. If you request, complete, and return the CRA form provided for this purpose you must be taken off the lists indefinitely.

**You may seek damages from violators.** If a CRA, a user or (in some cases) a provider of CRA data, violates the FCRA, you may sue them in state or federal court.

The FCRA gives several different federal agencies authority to enforce the FCRA.

| FOR QUESTIONS OR CONCERNS REGARDING: | PLEASE CONTACT: |
|---|---|
| CRAs, creditors and others not listed below | Federal Trade Commission<br>Consumer Response Center - FCRA<br>Washington, DC 20580 * 202-326-3761 |
| National banks, federal branches/agencies of foreign banks (word "National" or initials "N.A." appear in or after bank's name) | Office of the Comptroller of Currency<br>Compliance Management, Mail Stop 6-6<br>Washington, DC 20219 * 800-613-6743 |
| Federal Reserve System member banks (except national banks, and federal branches/agencies of foreign banks) | Federal Reserve Board<br>Division of Consumer & Community Affairs<br>Washington, DC 20551 * 202-452-3693 |
| Savings associations and federally chartered savings banks (word "Federal Credit Union" appears in federal institution's name) | Office of Thrift Supervision<br>Consumer Programs<br>Washington, DC 20552 * 800-842-6962 |
| Federal credit unions (words "Federal Credit Union" appears in institution's name) | National Credit Union Administration<br>1775 Duke Street<br>Alexandria, VA 22314 * 703-518-6360 |
| State chartered banks that are not members of the Federal Reserve System | Federal Deposit Insurance Corporation<br>Division of Compliance & Consumer Affairs<br>Washington, DC 20429 * 800-934-FDIC |
| Air, surface, or rail common carriers regulated by former Civil Aeronautics Board or Interstate Commerce Commission | Department of Transportation<br>Office of Financial Management<br>Washington, DC 20590 202-366-1306 |
| Activities subject to the Packers and Stockyards Act, 1921 | Department of Agriculture<br>Office of Deputy Administrator - GIPSA<br>Washington, DC 20250- * 202-720-7051 |

| | Name, description or address | Phone number |
|---|---|---|
| Partner Contact Center | Total Pay questions and assistance: Compensation, Benefits, Savings and Stock | (866) 504-7368 |
| Employee Assistance Program (EAP) | Available to partners 24 hours per day, seven days per week, providing short-term counseling for personal issues and services to balance work and life | (800) 588-8414 |
| Communication Hotline | Office closings and instructions due to inclement weather, catastrophes and emergencies | (800) 923-BEAN |
| CUP Fund | Voluntary fund — partners helping partners | (888) 796-JAVA, ext. 828 |
| Standards of Business Conduct Helpline | Available to partners 24 hours per day, seven days per week as one of several ways to ask questions or report concerns | (800) 611-7792 |